

# Case Assignment
# Standard Civil Assignment

Case number **1:24CV-134-GNS**

Assigned : Chief Judge Greg N. Stivers
Judge Code : 4416

Assigned on 11/18/2024 10:17:23 AM
Transaction ID: 101953

Request New Judge    Return