AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Kentucky 

| | |
|---|---|
| SUE CAROL BROWNING | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  1:24-CV-134-GNS |
| DAN COSTELLOW | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DAN COSTELLOW
2222 Bowling Green Road,
Russellville, Kentucky 42276

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

STELLA B. HOUSE, J.D.
POST OFFICE BOX 422
MANCHESTER, KENTUCKY 40962

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   11/18/2024   _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-CV-134-GNS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Dan Costellow

was received by me on *(date)*  11/18/24 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Served by certified mail, restricted delivery, return receipt requested.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  12/04/24

Stella B. House
*Server's signature*

Stella B. House, Attorney
*Printed name and title*

PO Box 422, Manchester, KY 40962
*Server's address*

Additional information regarding attempted service, etc:

## NOTARY CLAUSE

**COMMONWEALTH OF KENTUCKY**

**COUNTY OF CLAY**

The foregoing PROOF OF SERVICE upon Deputy Dan Costellow, was subscribed, sworn to, and acknowledged before me by **Stella B. House, J.D.**, all on this, the 4th day of December, 2024.

| | |
|---|---|
| **Notary Public, Signature** | Carrie J. Huffman |
| | **Notary Public, Printed Name** |
| KYNP21278 | January 08, 2025 |
| **Notary ID Number** | **My Commission Expires** |

# UNITED STATES
# POSTAL SERVICE.

MANCHESTER
309 CLAY COUNTY SHOPPING CTR
MANCHESTER, KY 40962-9998
(800)275-8777

11/20/2024                           09:38 AM
------------------------------------------------
Product              Qty   Unit      Price
                           Price
------------------------------------------------
First-Class Mail®     1              $2.87
Large Envelope
     Russellville, KY 42276
     Weight: 0 lb 5.20 oz
     Estimated Delivery Date
        Fri 11/22/2024
     Restricted Del                 $12.75
        Recipient name
           DAN COSTELLOW
        Tracking #:
           9589 0710 5270 1118 3209 88
     Return Receipt                  $4.10
        Tracking #:
           9590 9402 8744 3310 8227 38
Total                               $19.72

------------------------------------------------
Grand Total:                        $19.72
------------------------------------------------
Credit Card Remit                   $19.72
     Card Name: VISA
     Account #: XXXXXXXXXXXXX2899
     Approval #: 020871
     Transaction #: 958
     ID: A0000000031010    Contactless
     : VISA CREDIT
------------------------------------------------

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
            1-800-222-1811.

         Preview your Mail
         Track your Packages
         Sign up for FREE @
    https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
      Thank you for your business.

     Tell us about your experience.
 Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,



      or call 1-800-410-7420.

------------------------------------------------

UFN: 204996-0962
Receipt #: 840-54000258-2-6248082-2
Clerk: 02

U.S. Postal Service™

# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Russellville KY 42276

OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $4.10 | |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $12.75 | |
| ☐ Certified Mail Restricted Delivery | $0.00 | |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $2.87 | |
| $ | | |
| Total Postage and Fees | | |
| $19.72 | | |

MANCHESTER 0962
029962

Postmark
Here

NOV 20 2024

11/20/2024

USPS

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

**Important Reminders:**

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt*; attach PS Form 3811 to your mailpiece;

for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).

- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800**, January 2023 *(Reverse)* PSN 7530-02-000-9047



USPS TRACKING #

NASHVILLE TN 370

22 NOV 2024 PM 5 L

9590 9402 8744 3310 8227 38

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Stella B Hoose
PO Box 422
Manchester, Ky 40962

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Don Costellow
2222 Bowling Green Rd.
Russellville, Ky 42276

9590 9402 8744 3310 8227 38

2. Article Number (Transfer from service label)

9589 0710 5270 1118 3209 88

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)       C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery
(Over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053              Domestic Return Receipt

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Kentucky ☒

|  |  |  |
|---|---|---|
| SUE CAROL BROWNING | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:24-CV-134-GNS |
| DEPUTY SHERIFF JASON BRENT | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DEPUTY SHERIFF JASON BRENT
100 NORTH OWEN STREET
RUSSELLVILLE, KENTUCKY 42276

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

STELLA B. HOUSE, J.D.
POST OFFICE BOX 422
MANCHESTER, KENTUCKY 40962

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*



Date:     11/18/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-CV-134-GNS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Deputy Sheriff Joson Brant

was received by me on *(date)* 11/18/24 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Served by certified mail, restricted delivery, return receipt requested.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/04/24

Stella B House
*Server's signature*

Stella B. House, Attorney
*Printed name and title*

PO Box 422, Manchester, KY
*Server's address*
40962

Additional information regarding attempted service, etc:

## NOTARY CLAUSE

**COMMONWEALTH OF KENTUCKY**

**COUNTY OF CLAY**

The foregoing PROOF OF SERVICE upon Deputy Sheriff Jason Brent, was subscribed, sworn to, and acknowledged before me by **Stella B. House, J.D.**, all on this, the 4th day of December, 2024.

_____
**Notary Public, Signature**

Carrie J. Huffman_____
**Notary Public, Printed Name**

KYNP21278_____
**Notary ID Number**

January 08, 2025_____
**My Commission Expires**



# UNITED STATES
# POSTAL SERVICE®

MANCHESTER
309 CLAY COUNTY SHOPPING CTR
MANCHESTER, KY 40962-9998
(800)275-8777

11/20/2024                              09:33 AM
--------------------------------------------
Product              Qty    Unit      Price
                            Price
--------------------------------------------
First-Class Mail®     1               $2.87
Large Envelope
     Russellville, KY 42276
     Weight: 0 lb 5.30 oz
     Estimated Delivery Date
          Fri 11/22/2024
     Restricted Del                  $12.75
          Recipient name
               JASON BRENT
          Tracking #:
               9589 0710 5270 1118 3209 71
     Return Receipt                   $4.10
          Tracking #:
               9590 9402 8744 3310 8227 07
Total                                $19.72

--------------------------------------------
Grand Total:                         $19.72

--------------------------------------------
Credit Card Remit                    $19.72
     Card Name: VISA
     Account #: XXXXXXXXXXXXX2899
     Approval #: 020013
     Transaction #: 956
     ID: A0000000031010    Contactless
     AL: VISA CREDIT
--------------------------------------------

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
          1-800-222-1811.

          Preview your Mail
          Track your Packages
          Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
     Thank you for your business.

     Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



     or call 1-800-410-7420.

--------------------------------------------

UFN: 204996-0962
Receipt #: 840-54000258-2-6248020-2
Clerk: 02

# U.S. Postal Service
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

Russellville, KY 42276

Certified Mail Fee
$4.10

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)  $ $0.00
☐ Return Receipt (electronic)  $ $2.75
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required  $ $0.00
☐ Adult Signature Restricted Delivery  $

Postmark
Here

NOV 20 2024

Postage
$ $2.87

Total Postage and Fees
$ $19.72

11/20/2024

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

■ A receipt (this portion of the Certified Mail label).

■ A unique identifier for your mailpiece.

■ Electronic verification of delivery or attempted delivery.

■ A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

## Important Reminders:

■ You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.

■ Certified Mail service is *not* available for international mail.

■ Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.

■ For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:

  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt;* attach PS Form 3811 to your mailpiece;

for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.

  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.

  - Adult signature service, which requires signee to be at least 21 years of age (available at retail).

  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).

■ To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800,** January 2023 *(Reverse)* PSN 7530-02-000-9047



USPS TRACKING #

NASHVILLE TN 370

22 NOV 2024PM 3 L

9590 9402 8744 3310 8227 07

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Stella B. House
PO Box 422

Manchester, Ky 40962

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Deputy Sheriff Jason Brent
100 North Owen Street
Russellville, Ky 42276

9590 9402 8744 3310 8227 07

2. Article Number (Transfer from service label)

9589 0710 5270 1118 3209 71

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Jason Brent_

☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
11/22/24

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ___ il
☐ ___ il Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Western District of Kentucky  ☑

| | |
|---|---|
| SUE CAROL BROWNING | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| STEPHEN STRATTON | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

Civil Action No.  1:24-CV-134-GNS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  STEPHEN STRATTON
100 NORTH OWEN STREET
RUSSELLVILLE, KENTUCKY 42276

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  STELLA B. HOUSE, J.D.
POST OFFICE BOX 422
MANCHESTER, KENTUCKY 40962

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT



Date:  _____11/18/2024_____                    _____
                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-CV-134-GNS

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Sheriff Stratton

was received by me on *(date)*  11/18/2024 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  Served by certified mail, restricted delivery, return
receipt requested.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date:  12/04/24

Stella B. House
*Server's signature*

Stella B. House, Attorney
*Printed name and title*

PO Box 422, Manchester, Ky
*Server's address*
40962

Additional information regarding attempted service, etc:

## NOTARY CLAUSE

**COMMONWEALTH OF KENTUCKY**

**COUNTY OF CLAY**

    The foregoing PROOF OF SERVICE upon Sheriff Stratton, was subscribed, sworn to, and acknowledged before me by **Stella B. House, J.D.**, all on this, the 4th day of December, 2024.

_____
**Notary Public, Signature**

Carrie J. Huffman_____
**Notary Public, Printed Name**

KYNP21278_____
**Notary ID Number**

January 08, 2025_____
**My Commission Expires**



**UNITED STATES POSTAL SERVICE.**

MANCHESTER
309 CLAY COUNTY SHOPPING CTR
MANCHESTER, KY 40962-9998
(800)275-8777

11/20/2024                              09:36 AM
-------------------------------------------------
Product              Qty    Unit      Price
                            Price
-------------------------------------------------
First-Class Mail®     1               $2.87
Large Envelope
    Russellville, KY 42276
    Weight: 0 lb 5.20 oz
    Estimated Delivery Date
        Fri 11/22/2024
    Restricted Del                    $12.75
        Recipient name
            SHERIFF STRATTON
        Tracking #:
            9589 0710 5270 1118 3209 64
    Return Receipt                     $4.10
        Tracking #:
            9590 9402 8744 3310 8227 45
Total                                 $19.72

-------------------------------------------------
Grand Total:                          $19.72
-------------------------------------------------
Credit Card Remit                     $19.72
    Card Name: VISA
    Account #: XXXXXXXXXXXX2899
    Approval #: 020304
    Transaction #: 957
    AID: A0000000031010    Contactless
    AL: VISA CREDIT
-------------------------------------------------

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
            1-800-222-1811.

        Preview your Mail
        Track your Packages
        Sign up for FREE @
    https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
    Thank you for your business.

    Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,

        or call 1-800-410-7420.

-------------------------------------------------

UFN: 204996-0962
Receipt #: 840-54000258-2-6248052-2
Clerk: 02

# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Russellville, KY 42276

Certified Mail Fee

$ $6.00

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)  $ $1.00
- ☐ Return Receipt (electronic)  $ $12.75
- ☐ Certified Mail Restricted Delivery  $ $0.00
- ☐ Adult Signature Required  $ $0.00
- ☐ Adult Signature Restricted Delivery  $ $0.00

Postage

$ $2.87

Total Postage and Fees
$19.72

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

Postmark
Here

09:82
03

NOV 20 2024

11/20/2024

USPS

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

**Important Reminders:**

- You may purchase Certified Mail service with First-Class Mail® First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt*; attach PS Form 3811 to your mailpiece;

for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.

  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800**, January 2023 *(Reverse)* PSN 7530-02-000-9047

**SENDER: *COMPLETE THIS SECTION***

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sheriff Stratton
100 North Owen Street
Russellville, Ky 42276

9590 9402 8744 3310 8227 45

2. Article Number *(Transfer from service label)*

9589 0710 5270 1118 3209 64

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery
11/22/24

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ _____ Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

USPS TRACKING #



NASHVILLE TN 370

22 NOV 2024

9590 9402 8744 3310 8227 45

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Stella B. House
PO Box 422

Menchester, Ky 40962

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Western District of Kentucky  ☒

|  |  |
|---|---|
| SUE CAROL BROWNING | ) |
|  | ) |
|  | ) |
|  | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| DEPUTY SHERIFF VINCENT LEE BROWN<br>100 NORTH OWEN STREET<br>RUSSELLVILLE, KENTUCKY 42276 | ) |
|  | ) |
|  | ) |
| *Defendant(s)* | ) |

Civil Action No.  1:24-CV-134-GNS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DEPUTY SHERIFF VINCENT LEE BROWN
100 NORTH OWEN STREET
RUSSELLVILLE, KENTUCKY 42276

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  STELLA B. HOUSE, J.D.
POST OFFICE BOX 422
MANCHESTER, KENTUCKY 40962

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*



Date:    11/18/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-CV-134-GNS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Deputy Sheriff Vincent Lee Brown

was received by me on *(date)* 11/18/24 .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Served by certified mail, restricted delivery, return receipt requested.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/04/24

Stella B. House
*Server's signature*

Stella B. House, Attorney
*Printed name and title*

PO Box 422, Manchester, KY
*Server's address*
40962

Additional information regarding attempted service, etc:

## NOTARY CLAUSE

**COMMONWEALTH OF KENTUCKY**

**COUNTY OF CLAY**

The foregoing PROOF OF SERVICE upon Deputy Vincent Lee Brown, was subscribed, sworn to, and acknowledged before me by **Stella B. House, J.D.**, all on this, the 4th day of December, 2024.

_____
**Notary Public, Signature**

Carrie J. Huffman_____
**Notary Public, Printed Name**

KYNP21278_____
**Notary ID Number**

January 08, 2025_____
**My Commission Expires**



**UNITED STATES POSTAL SERVICE.**

MANCHESTER
309 CLAY COUNTY SHOPPING CTR
MANCHESTER, KY 40962-9998
(800)275-8777

11/20/2024                          09:41 AM

--------------------------------------------------

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|
| First-Class Mail® | 1 | | $2.87 |

Large Envelope
    Russellville, KY 42276
    Weight: 0 lb 5.20 oz
    Estimated Delivery Date
       Fri 11/22/2024

| Restricted Del | | | $12.75 |
|---|---|---|---|

    Recipient name
      VINCENT L BROWN
    Tracking #:
      9589 0710 5270 1118 3209 95

| Return Receipt | | | $4.10 |
|---|---|---|---|

    Tracking #:
      9590 9402 8744 3310 8227 14

| Total | | | $19.72 |
|---|---|---|---|

--------------------------------------------------

| Grand Total: | $19.72 |
|---|---|

--------------------------------------------------

| Credit Card Remit | $19.72 |
|---|---|

    Card Name: VISA
    Account #: XXXXXXXXXXXX2899
    Approval #: 020789
    Transaction #: 959
    AID: A0000000031010    Contactless
    AL: VISA CREDIT

--------------------------------------------------

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,



or call 1-800-410-7420.

--------------------------------------------------

UFN: 204996-0962
Receipt #: 840-54000258-2-6248112-2
Clerk: 02

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

Russellville, KY 42276

Certified Mail Fee

$ $4.10

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $2.75
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $ $0.00

Postage
$ $2.87

Total Postage and **Fees**
$ $19.72

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

Postmark
Here

NOV 20 2024

MANCHESTER, KY
0982
02

11/20/2024

USPS

**PS Form 3800, January 2023** PSN 7530-02-000-9047      **See Reverse for Instructions**

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

**Important Reminders:**

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt;* attach PS Form 3811 to your mailpiece;

for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800,** January 2023 *(Reverse)* PSN 7530-02-000-9047

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Deputy Sheriff Vincent Lee
Brown

100 North Owen Street
Russellville, Ky 42276

9590 9402 8744 3310 8227 14

2. Article Number (Transfer from service label)

9589 0710 5270 1118 3209 95

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Jason Brew_    ☐ Agent
                 ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 11 22 24

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ___ estricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt



USPS TRACKING #

NASHVILLE TN 370

22 NOV 2022 PM 3

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 8744 3310 8227 14

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Stella B House

PO Box 422

Manchester, Ky 40962

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of Kentucky  ▣

SUE CAROL BROWNING )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No.  1:24-CV-134-GNS
TIMOTHY RAINWATERS )
)
)
)
*Defendant(s)* )

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  TIMOTHY RAINWATERS
LOGAN COUNTY PVA OFFICE
206 WEST 4TH STREET
RUSSELLVILLE, KENTUCKY 42276

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

STELLA B. HOUSE, J.D.
POST OFFICE BOX 422
MANCHESTER, KENTUCKY 40962

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*



Date: _____11/18/2024_____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-CV-134-GNS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)*   11/18/24            .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00        .

I declare under penalty of perjury that this information is true.

Date:  12/04/24                        Stella B House
                                       _____
                                       *Server's signature*

                                       Stella B. House, Attorney
                                       _____
                                       *Printed name and title*


                                       PO Box 422, Manchester, KY 40962
                                       _____
                                       *Server's address*

Additional information regarding attempted service, etc:

## <u>NOTARY CLAUSE</u>

**COMMONWEALTH OF KENTUCKY**

**COUNTY OF CLAY**

     The foregoing PROOF OF SERVICE upon Deputy Timothy Rainwater, was subscribed, sworn to, and acknowledged before me by **Stella B. House, J.D.**, all on this, the 4th day of December, 2024.

_____
**Notary Public, Signature**

Carrie J. Huffman_____
**Notary Public, Printed Name**

KYNP21278_____
**Notary ID Number**

January 08, 2025_____
**My Commission Expires**

ALERT: EFFECTIVE NOVEMBER 29, 2024, INTERNATIONAL MAIL SERVICE TO **CANADA** IS TEM...

# USPS Tracking®

FAQs >

**Tracking Number:**

**Remove ✕**

# 9589071052701118321008

Copy        Add to Informed Delivery
(https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 9:56 am on November 25, 2024 in RUSSELLVILLE, KY 42276.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered
**Delivered, Front Desk/Reception/Mail Room**

RUSSELLVILLE, KY 42276
November 25, 2024, 9:56 am   *Timothy Rainwater*

See All Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less ⌃**

*Nov. 20, 2024*
*9:41 A.m.*

# UNITED STATES
# POSTAL SERVICE.

MANCHESTER
309 CLAY COUNTY SHOPPING CTR
MANCHESTER, KY 40962-9998
(800)275-8777

11/20/2024  ~~this Green Card~~    09:44 AM
-------------- *has not come back* ----------
Product      *yet !*   Qty    Unit        Price
                              Price
--------------------------------------------------
First-Class Mail®       1              $2.87
Large Envelope
     Russellville, KY 42276
     Weight: 0 lb 5.20 oz
     Estimated Delivery Date
     Fri 11/22/2024
     Restricted Del                   $12.75
         Recipient name
         TIMOTHY RAINWATER
         Tracking #:
         9589 0710 5270 1118 3210 08
     Return Receipt                    $4.10
         Tracking #:
         9590 9402 8744 3310 8227 21
Total                                 $19.72

--------------------------------------------------
Grand Total:                          $19.72
--------------------------------------------------
Credit Card Remit                     $19.72
     Card Name: VISA
     Account #: XXXXXXXXXXXX2899
     Approval #: 020482
     Transaction #: 960
     AID: A0000000031010    Contactless
     : VISA CREDIT
--------------------------------------------------

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,



or call 1-800-410-7420.



UFN: 204996-0962
Receipt #: 840-54000258-2-6248142-2
Clerk: 02

# U.S. Postal Service
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Russellville, KY 42276

OFFICIAL USE

**Certified Mail Fee**

$     $6.10

Extra Services & Fees *(check box, add fee as appropriate)*
- [ ] Return Receipt (hardcopy)    $ _$0.00_
- [ ] Return Receipt (electronic)    $ _$12.75_
- [ ] Certified Mail Restricted Delivery   $ _$0.00_
- [ ] Adult Signature Required    $ _$0.00_
- [ ] Adult Signature Restricted Delivery $ _$0.00_

**Postage**
$     $2.87

**Total Postage and Fees**
$19.72

Postmark
Here

NOV 20 2024

11/20/2024

USPS

*Sent To*

*Street and Apt. No., or PO Box No.*

*City, State, ZIP+4®*

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

08 0830 1118 5270 0710 9589

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

**Important Reminders:**

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt;* attach PS Form 3811 to your mailpiece;

for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800,** January 2023 *(Reverse)* PSN 7530-02-000-9047