## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## BOWLING GREEN DIVISION
## CIVIL ACTION NO. 1:24-CV-134-GNS
*Filed Electronically*

**SUE CAROL BROWNING**                                                      **PLAINTIFF**

**v.**

**TIMOTHY RAINWATERS, Individually and in
His Official Capacity as Logan County Property
Valuation Administrator, et al.**                                      **DEFENDANTS**

### DEFENDANT RAINWATERS' MOTION TO DISMISS

Defendant, Timothy Rainwaters, individually and in his official capacity as Logan County Property Valuation Administrator, by and through counsel, hereby moves the Court to dismiss the Complaint filed against him herein. In support of this Motion, Defendant tenders herewith a supporting memorandum and proposed order.

WHEREFORE, the Defendant, Timothy Rainwaters, individually and in his official capacity as Logan County Property Valuation Administrator, respectfully requests that the Court enter the tendered order dismissing the Plaintiff's Complaint with prejudice.

                                                      ENGLISH, LUCAS, PRIEST & OWSLEY, LLP
                                                      1101 College Street; P.O. Box 770
                                                      Bowling Green, KY 42104-0770
                                                      Telephone: (270) 781-6500
                                                      Facsimile: (270) 782-7782

                                                      */s/ Aaron D. Smith*_____
                                                      AARON D. SMITH
                                                      MICHAEL A. OWSLEY
                                                      KATE E. PAYTON
                                                      *Counsel for Defendants Stratton, Brown, Brent,*
                                                      *and Rainwaters*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 13th day of December, 2024, I electronically filed the foregoing with the clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record and that a copy was sent via electronic mail and/or U.S. Mail to the following:

Hon. Stella B. House
P.O. Box 422
Manchester, KY 40962
Counsel for Plaintiff

                                              */s/ Aaron D. Smith*_____
                                              AARON D. SMITH