**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**
**CIVIL ACTION NO. 1:24-CV-134-GNS**
*Filed Electronically*

**SUE CAROL BROWNING**　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

**v.**

**TIMOTHY RAINWATERS, Individually and in**
**His Official Capacity as Logan County Property**
**Valuation Administrator, et al.**　　　　　　　　　　　　　　　　　　**DEFENDANTS**

### ORDER DISMISSING ALL CLAIMS
### AGAINST DEFENDANT RAINWATERS

This matter is before the Court on Defendant Timothy Rainwaters' Motion to Dismiss. Having reviewed the Motion, and with the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** that Defendant Timothy Rainwaters' Motion to Dismiss is **GRANTED** and Plaintiff's Complaint and all claims asserted against Defendant Rainwaters is hereby **DISMISSED WITH PREJUDICE**.