**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**
**CIVIL ACTION NO. 1:24-CV-134-GNS**
*Filed Electronically*

**SUE CAROL BROWNING**                                                                                                    **PLAINTIFF**

v.

**DAN CASTELLOW,**
**Individually and in his Official Capacity**
**As Superintendent of the Logan County Board of Education**

**SHERIFF STEPHEN STRATTON,**
**Individually and in his Official Capacity**
**as Sheriff of the Logan County Sheriff's Department**

**VINCENT LEE BROWN,**
**Individually and in his Official Capacity**
**as a Deputy and School Resource Officer**
**with the Logan County Sheriff's Department**

**JOSEPH BRENT,**
**Individually and in his Official Capacity**
**as a Sergeant with the Logan County Sheriff's Department**

**TIMOTHY RAINWATERS,**
**Individually and in his Official Capacity**
**as Logan County Property Valuation Administrator**                                               **DEFENDANTS**

---

**DEFENDANT STRATTON, BROWN, AND BRENT'S MOTION TO DISMISS**

---

Defendants, Sheriff Stephen Stratton, Individually and in his Official Capacity as Sheriff of the Logan County Sheriff's Department; Vincent Lee Brown, Individually and in his Official Capacity as a Deputy and School Resource Officer with the Logan County Sheriff's Department; and Joseph Brent, Individually and in his Official Capacity as a Sergeant with the Logan County Sheriff's Department, by and through counsel, hereby move the Court to dismiss the Complaint

1

filed against them herein. In support of this Motion, Defendants tender herewith a supporting memorandum and proposed order.

WHEREFORE, the Defendants, Sheriff Stephen Stratton, Individually and in his Official Capacity as Sheriff of the Logan County Sheriff's Department; Vincent Lee Brown, Individually and in his Official Capacity as a Deputy and School Resource Officer with the Logan County Sheriff's Department; and Joseph Brent, Individually and in his Official Capacity as a Sergeant with the Logan County Sheriff's Department, respectfully requests that the Court enter the tendered order dismissing the Plaintiff's Complaint with prejudice.

> ENGLISH, LUCAS, PRIEST & OWSLEY, LLP
> 1101 College Street; P.O. Box 770
> Bowling Green, KY 42104-0770
> Telephone: (270) 781-6500
> Facsimile: (270) 782-7782
>
> */s/ Aaron D. Smith*_____
> AARON D. SMITH
> MICHAEL A. OWSLEY
> KATE E. PAYTON
> *Counsel for Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of December, 2024, I electronically filed the foregoing with the clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record and that a copy was sent via U.S. Mail to the following:

Hon. Stella B. House
P.O. Box 422
Manchester, KY 40962
*Counsel for Plaintiff*

> */s/ Aaron D. Smith*_____
> AARON D. SMITH