**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**
**CIVIL ACTION NO. 1:24-CV-134-GNS**
*Filed Electronically*

**SUE CAROL BROWNING**                                                                   **PLAINTIFF**

**v.**

**DAN COSTELLOW,**
**Individually And In His Official Capacity**
**As Superintendent of The Logan County Board of Education**

**SHERIFF STEPHEN STRATTON,**
**Individually And In His Official Capacity**
**As Sheriff Of The Logan County Sheriff's Department**

**VINCENT LEE BROWN,**
**Individually And In His Official Capacity**
**As A Deputy And School Resource Officer**
**With the Logan County Sheriff's Department**

**JOSEPH BRENT,**
**Individually And In His Official Capacity As A Sergeant**
**With The Logan County Sheriff's Department**
**TIMOTHY RAINWATERS,**

**Individually And In His Official Capacity**
**As Logan County Property Valuation Administrator**                    **DEFENDANTS**

---

**ORDER DISMISSING ALL CLAIMS**
**AGAINST DEFENDANTS SHERIFF STEPHEN STRATTON, VINCENT LEE BROWN,**
**AND JOSEPH BRENT**

---

This matter is before the Court on Defendant Sheriff Stephen Stratton, Vincent Lee Brown,

and Joseph Brent's Motion to Dismiss. Having reviewed the Motion, and with the Court being

otherwise sufficiently advised, **IT IS HEREBY ORDERED** that Defendant Sheriff Stephen

Stratton, Vincent Lee Brown, and Joseph Brent's Motion to Dismiss is **GRANTED** and Plaintiff's

Complaint and all claims asserted against Defendant Sheriff Stephen Stratton, Vincent Lee Brown,

and Joseph Brent are hereby **DISMISSED WITH PREJUDICE**.