UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:24-CV-134-GNS
*Filed Electronically*

**SUE CAROL BROWNING**      **PLAINTIFF**

v.

**TIMOTHY RAINWATERS,**
*Individually and in his Official Capacity as*
*Logan County Property Valuation Administrator, et al.*      **DEFENDANTS**

## ORDER

This matter is before the Court on Defendant Timothy Rainwaters' Motion to Dismiss. Having considered the Motion, Plaintiff's Response, the arguments of counsel, and being otherwise sufficiently advised, the Court finds that Plaintiff has sufficiently stated claims upon which relief can be granted under Rule 12(b)(6) of the Federal Rules of Civil Procedure.

**IT IS HEREBY ORDERED** that Defendant Rainwaters' Motion to Dismiss is **DENIED** in its entirety.

**IT IS FURTHER ORDERED** that this matter shall proceed to discovery.

**SO ORDERED** this ___ day of _____, _____.

_____
United States District Judge

**DISTRIBUTION:**

Stella B. House, J.D.
P.O. Box 422
Manchester, KY 40962
Counsel for Plaintiff

Aaron D. Smith, J.D.
Michael A. Owsley, J.D.
Kate E. Payton, J.D.
English, Lucas, Priest & Owsley, LLP
1101 College Street; P.O. Box 770
Bowling Green, KY 42104-0770
Counsel for Defendants