**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**
**CIVIL ACTION NO. 1:24-CV-134-GNS**
*Filed Electronically*

**SUE CAROL BROWNING**                                                                                          **PLAINTIFF**

**v.**

**TIMOTHY RAINWATERS, Individually and in**
**His Official Capacity as Logan County Property**
**Valuation Administrator, et al.**                                                                          **DEFENDANTS**

---

**DEFENDANT RAINWATERS' MOTION TO STRIKE PLAINTIFF'S SUR-REPLY TO DEFENDANT'S REPLY TO MOTION TO DISMISS [D.N. 10]**

---

Defendant, Timothy Rainwaters, individually and in his official capacity as Logan County Property Valuation Administrator, by and through counsel, and for his Motion to Strike Plaintiff's Sur-Reply To Defendant's Reply to Motion to Dismiss [D.N. 10], states as follows:

Without seeking leave of Court, Plaintiff filed a Sur-Reply to Defendant's Reply to Motion Dismiss on January 24, 2025. This Sur-Reply must be stricken from the record as an unauthorized filing.

Pursuant to Local Rule 7.1(g) in the Western District of Kentucky, "[a] motion is submitted to the Court for decision after completion of the hearing or oral argument – or if none – after the reply is filed, or the time for filing the response or reply has expired." Based on this clear and explicit Local Rule, Defendant Rainwaters' Motion to Dismiss was submitted for ruling as of January 3, 2025, when his Reply was filed [D.N. 9].

In further support of Defendant Rainwaters' Motion to Strike, his Reply did not include any new submissions or arguments not originally raised in his Motion to Dismiss and, therefore, Plaintiff has had a full opportunity to respond to the merits of Defendant Rainwaters' Motion to

Dismiss. In *Vaughn v. Hawkins*, 2018 U.S. Dist. LEXIS 80728 (W.D. Ky. May 14, 2018), this Court was confronted with an unauthorized filing of a sur reply and held that striking same was appropriate. In so ruling, this Court considered Local Rule 7.1(g) and the substance of the Reply Brief to determine whether the plaintiff had an adequate opportunity to respond. *Id*., at *4-5. Since the sur-reply was clearly filed without leave of Court, and because the defendant's Reply Brief did not raise new submissions and/or new arguments, the *Vaughn* Court appropriately granted the Motion to Strike. *Id*., at *6. The facts in the instant matter require the same outcome.

WHEREFORE, the Defendant, Timothy Rainwaters, individually and in his official capacity as Logan County Property Valuation Administrator, respectfully requests that the Court enter the tendered order striking the Plaintiff's Sur-Reply from the record herein.

This the 27th day of January, 2025.

    ENGLISH, LUCAS, PRIEST & OWSLEY, LLP
    1101 College Street; P.O. Box 770
    Bowling Green, KY 42104-0770
    Telephone: (270) 781-6500
    Facsimile: (270) 782-7782

    */s/ Aaron D. Smith*_____
    AARON D. SMITH
    MICHAEL A. OWSLEY
    KATE E. PAYTON
    *Counsel for Defendants Stratton, Brown, Brent, and Rainwaters*

## **CERTIFICATE OF SERVICE**

       I hereby certify that on this 27th day of January, 2025, I electronically filed the foregoing with the clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record and that a copy was sent via electronic mail and/or U.S. Mail to the following:

Hon. Stella B. House
P.O. Box 422
Manchester, KY 40962
Counsel for Plaintiff

                                      */s/ Aaron D. Smith*_____
                                      AARON D. SMITH