**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**
**CIVIL ACTION NO. 1:24-CV-134-GNS**
*Filed Electronically*

**SUE CAROL BROWNING**                                                       **PLAINTIFF**

**v.**

**TIMOTHY RAINWATERS, Individually and in**
**His Official Capacity as Logan County Property**
**Valuation Administrator, et al.**                                          **DEFENDANTS**

---

**ORDER GRANTING DEFENDANT RAINWATERS' MOTION TO STRIKE**
**PLAINTIFF'S SUR-REPLY TO DEFENDANT'S REPLY TO MOTION TO DISMISS**
**[D.N. 10]**

---

This matter is before the Court on Defendant Rainwaters' Motion to Strike Plaintiff's Sur-Reply to Defendant's Reply to Motion to Dismiss [D.N. 10], the Court having reviewed the record and being otherwise sufficiently advised, **HEREBY ORDERS AND ADJUDGES:**

1. Defendant Rainwater's Motion to Strike Plaintiff's Sur-Reply to Defendant's Reply to Motion to Dismiss is **GRANTED;**

2. Document No. 10 shall be stricken from the record as an unauthorized filing pursuant to Local Rule 7.1(g).

SO ORDERED this ___ day of _____, 2025.