UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:24-CV-134-GNS
*Filed Electronically*

**SUE CAROL BROWNING**                                                                                                    **PLAINTIFF**

v.

**TIMOTHY RAINWATERS,**
*Individually and in his Official Capacity as*
*Logan County Property Valuation Administrator, et al.*               **DEFENDANTS**

---

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SURREPLY**

---

Plaintiff Sue Carol Browning, by counsel, respectfully moves this Court for leave to file a surreply in response to Defendant Timothy Rainwaters' Reply to Plaintiff's Response to Defendant's Motion to Dismiss. Plaintiff submits that the surreply is necessary to address new arguments and mischaracterizations introduced in Defendant's Reply, as detailed below:

**I.   New Arguments in Reply**:

Defendant's Reply introduces new arguments regarding Plaintiff's "class of one" Equal Protection claim, asserting for the first time that Plaintiff failed to identify similarly situated individuals and that Defendant's actions were not irrational. These issues were not fully addressed in the original Motion to Dismiss and require clarification to ensure a complete record.

**II.   Misstatements of Law and Fact**:

Defendant mischaracterizes Plaintiff's reliance on case law, including *Trihealth, Inc. v. Board of Commissioners*, 430 F.3d 783 (6th Cir. 2005), and *Ford v. County of Grand Traverse*, 535 F.3d 483 (6th Cir. 2008). A surreply is necessary to correct these misstatements and clarify the relevance of the cited authorities.

1

### III. Procedural Fairness:

Allowing a surreply will ensure procedural fairness by providing Plaintiff an opportunity to respond to arguments raised for the first time in Defendant's Reply. The Sixth Circuit has consistently held that surreplies are appropriate when new arguments or evidence are introduced in reply briefs. See *Seay v. Tennessee Valley Auth.*, 339 F.3d 454, 481 (6th Cir. 2003).

### IV. Assisting the Court:

The surreply will assist the Court in resolving the pending Motion to Dismiss by addressing and clarifying key legal and factual issues, including the applicability of the Monell standard, Defendant's immunity defenses, and the adequacy of state remedies under the comity doctrine. A copy of Plaintiff's proposed surreply is attached hereto as **Exhibit A** for the Court's review.

**WHEREFORE**, Plaintiff respectfully requests that this Court grant leave to file the attached surreply and for any other relief deemed just and proper.

This, the ____ day of January, 2025.

Respectfully Submitted,

Stella B. House, J.D.
Stella B. House, Attorney at Law, P.S.C.

By:   /s/ Stella B. House, J.D.
Stella B. House, J.D.
Post Office Box 422
Manchester, Kentucky 40962-0422
(606) 598-1485
COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this 27TH day of January, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Aaron D. Smith, J.D.
Michael A. Owsley, J.D.
Kate E. Payton, J.D.
English, Lucas, Priest & Owsley, LLP
1101 College Street; P.O. Box 770
Bowling Green, KY 42104-0770
Counsel for Defendants