UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:24-CV-134-GNS
Filed Electronically

**SUE CAROL BROWNING**                                                                          **PLAINTIFF**

v.

**DAN COSTELLOW,**
**Individually and in his Official Capacity**
**As Superintendent of The Logan County Board of Education, et al.**          **DEFENDANTS**

### ORDER GRANTING LEAVE TO FILE SURREPLY

The Court having reviewed the record and being otherwise sufficiently advised, it is

**HEREBY ORDERED** that Plaintiff is **GRANTED** leave to file Sur reply to Defendant's Reply to Motion to Dismiss.

Dated this the ____ day of January 2025.

_____
UNITED STATES DISTRICT JUDGE

**DISTRUBUTION:**

Stella B. House, J.D.
Post Office Box 422
Manchester, Kentucky 40962

Aaron D. Smith, J.D.
Michael A. Owsley, J.D.
Kate E. Payton
Post Office Box 770
Bowling Green, Kentucky 42104-0770