**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**
**CIVIL ACTION NO. 1:24-CV-134-GNS**
*Filed Electronically*

**SUE CAROL BROWNING**                                                                                       **PLAINTIFF**

**v.**

**DAN COSTELLOW, Individually and in**
**His Official Capacity as Superintendent of the**
**Logan County Board of Education, et al.**                                            **DEFENDANTS**

---

**DEFENDANT COSTELLOW'S MOTION FOR SUMMARY JUDGMENT**

---

Defendant, Dan Costellow, Individually and In His Official Capacity as Superintendent of the Logan County Board of Education, by and through counsel, hereby moves the Court pursuant to Fed. R. of Civ. P. 56 for summary judgment on all claims asserted against him by the Plaintiff, Sue Carol Browning. As grounds for this motion, Defendant Costellow states that there are no genuine issues of material fact, and he is entitled to judgment as a matter of law pursuant to Fed. R. Civ. P. 56. In support of this Motion, Defendant Costellow tenders herewith a supporting memorandum and proposed order.

WHEREFORE, the Defendant, Dan Costellow, Individually and In His Official Capacity as Superintendent of the Logan County Board of Education, respectfully requests that the Court enter the tendered order granting summary judgment on all claims asserted against Defendant Costellow.

ENGLISH, LUCAS, PRIEST & OWSLEY, LLP
1101 College Street; P.O. Box 770
Bowling Green, KY 42104-0770
Telephone: (270) 781-6500
Facsimile: (270) 782-7782


BY: */s/ Michael A. Owsley*
   MICHAEL A. OWSLEY
   AARON D. SMITH
   KATE E. PAYTON
   *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2025, I electronically filed the foregoing with the clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record as follows:

Hon. Stella B. House
P.O. Box 422
Manchester, KY 40962
*Counsel for Plaintiff*


*/s/ Michael A. Owsley*
MICHAEL A. OWSLEY

4926-7963-4696, v. 1