UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE NO. 1:24-CV-134-GNS

SUE CAROL BROWNING                           PLAINTIFF

v.

DAN COSTELLOW, Individually and in
His Official Capacity as Superintendent of the
Logan County Board of Education, et al.              DEFENDANTS

---

## DECLARATION OF DAN COSTELLOW

---

I, Dan Costellow, make the following declaration based on experience, personal knowledge, information, and belief.

1. I am over 18 years of age and under no legal disability.

2. I am the Superintendent of the Board of Education of Logan County, Kentucky ("the Board") and have served in this role since January 1, 2024.

3. Prior to being named Superintendent of the Board of Education of Logan County, Kentucky, I was employed by the Green River Regional Educational Cooperative.

4. This Declaration is based on my experience and personal knowledge.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed pursuant to 28 U.S.C. §1746.

Executed on this 22 day of January, 2025.

_____
Dan Costellow

1