UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE NO. 1:24-CV-134-GNS

SUE CAROL BROWNING                                                          PLAINTIFF

v.

DAN COSTELLOW, Individually and in
His Official Capacity as Superintendent of the
Logan County Board of Education, et al.                                     DEFENDANTS

---

## DECLARATION OF APRIL ENGLER

---

I, April Engler, make the following declaration based on experience, personal knowledge, information, and belief.

1.      I am over 18 years of age and under no legal disability.

2. .    I am currently a teacher at the Olmstead School.

3.      I was previously a teacher and bus driver at the Auburn School until I transferred to Olmstead for the 2024-2025 school year.

4.      I have been employed in the Logan County School District for over eleven (11) years.

5.      To the best of my knowledge, the parking lot at property located at 141 Lincoln Street, Auburn, Kentucky 42206 has essentially been used as a public parking lot for as long as I can remember. This includes normal vehicles and sometimes Logan County School District buses as well.

6.     When the Auburn Presbyterian USA Church owned the property, we would occasionally stage a bus there temporarily. We would do this only when there was an event at the school, when the bus would impede traffic flow elsewhere, or when the bus would block the view of people approaching the school building, which created a security issue.

7.     Even after Sue Carol Browning purchased the property, it was my understanding that bus drivers still had permission to park in Ms. Browning's parking lot as needed.

8.     On May 2, 2021, Ms. Browning complained when another bus driver, Josh Hall, and I temporarily parked our buses on her property.

9.     Once I was made aware that Ms. Browning had complained, I immediately moved the buses and Ms. Browning gave me a tour of her building.

10.     Following my conversation with Ms. Browning on May 2, 2021, I informed the other Logan County School District bus drivers that buses were not to be parked on Ms. Browning's property at any time.

11.     I have not parked a bus on Ms. Browning's property since May 2, 2021.

12.     To the best of my knowledge, no other bus from the Logan School District has parked on Ms. Browning's property since May 2, 2021.

13.     This Declaration is based on my experience and personal knowledge.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed pursuant to 28 U.S.C. §1746.

Executed on this 31st day of January, 2025.

April Engler

2