Case 1:24-cv-00134-GNS    Document 13-4    Filed 01/31/25    Page 1 of 3 PageID #: 200



**Sue Carol Browning**

Yes ma'am thank you so much!!!

MAR 22, 2021 AT 2:45 PM

 You are very welcome!

MAY 2, 2021 AT 9:02 AM

 I am so sorry but I misunderstood and am going to have to ask that buses not be parked here.
I have spent a lot to have the lot sealed and have been told that the buses will quickly ruin it.
I thought you were asking for an occasional use when the school lot was full but there are two buses taking up a large space here and it is the weekend with school lot empty.
I am getting ready to spray paint there and HOPEFULLY it won't get on the buses.
I am sorry but arriving home on Saturday night with the school lot empty and my lot full is not what I agreed to.
No hard feelings, I just don't want my lot torn up and always looking like a school parking lot extension.

What buses are there? There

 **Sue Carol Browning**

> What buses are there? There shouldn't be any there. If you will tell me the #s I will have them moved. You didn't misunderstand I only wanted to use your lot if we had to bring an extra to Auburn. I think we did have to bring one this week due to having a driver out.
> I was out this week due to surgery and had I known I would have had the mechanics come get it on Friday like usual.
> I am sorry. I will let everyone know not to park there anymore.

MAY 2, 2021 AT 10:05 AM

Here are the buses and the damage to the parking lot since I resealed. It is old asphalt but I need to get a few more years with cars parking on it.



Thank you! I want to be a good neighbor but I don't want to have to

 **Sue Carol Browning**

> You didn't misunderstand I only wanted to use your lot if we had to bring an extra to Auburn. I think we did have to bring one this week due to having a driver out.
> I was out this week due to surgery and had I known I would have had the mechanics come get it on Friday like usual.
> I am sorry. I will let everyone know not to park there anymore.

MAY 2, 2021 AT 10:05 AM

Here are the buses and the damage to the parking lot since I resealed. It is old asphalt but I need to get a few more years with cars parking on it.



Thank you! I want to be a good neighbor but I don't want to have to communicate every event and want to preserve the lot as much as practical.