UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE NO. 1:24-CV-134-GNS

SUE CAROL BROWNING                                                        PLAINTIFF

v.

DAN COSTELLOW, Individually and in
His Official Capacity as Superintendent of the
Logan County Board of Education, et al.                           DEFENDANTS

## DECLARATION OF JULIE BELCHER

I, Julie McGee Belcher, make the following declaration based on experience, personal knowledge, information, and belief.

1. I am over 18 years of age and under no legal disability.

2. I am currently employed as a Clerical Assistant for the Logan County Board of Education Transportation Services Department.

3. To the best of my knowledge, the Logan County Board of Education had permission to park buses in the parking lot located at 141 Lincoln Street, Auburn, Kentucky 42206 when the Auburn Presbyterian USA Church owned the property.

4. On March 22, 2021, I contacted Ms. Browning, via Facebook Messenger, to ask for permission for Logan County buses to park on her property, as needed. Ms. Browning consented.

5. Less than two months later, on May 2, 2021, Ms. Browning messaged me complaining of two buses that were parked on her property.

1

6. I asked her which buses were parked on her property, so that I could have them moved as soon as possible.

7. I immediately let all bus drivers know that no bus was to be parked on Ms. Browning's property at any time.

8. To the best of my knowledge, no bus from the Logan County Board of Education has parked on Ms. Browning's property since May 2, 2021.

9. This Declaration is based on my experience and personal knowledge.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed pursuant to 28 U.S.C. §1746.

Executed on this 31 day of January, 2025.

_____
Julie McGee Belcher





