UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE NO. 1:24-CV-134-GNS

SUE CAROL BROWNING                                                PLAINTIFF

v.

DAN COSTELLOW, Individually and in
His Official Capacity as Superintendent of the
Logan County Board of Education, et al.                 DEFENDANTS

## DECLARATION OF TERESA THOMPSON

I, Teresa Thompson, make the following declaration based on experience, personal knowledge, information, and belief.

1. I am over 18 years of age and under no legal disability.

2. I am the Front Office Manager at the Auburn School. I have served in this position for five (5) years. Mt duties include answering the phones and serving as a receptionist.

3. I am also the Auburn School Archery Coach. I have served as the head coach for approximately six (6) years.

4. In January of each year, the Auburn School hosts its annual archery tournament.

5. I received no complaints from Sue Carol Browning regarding parking on her property during the tournaments in January 2020 and 2021.

1

6. On January 28th and 29th of 2022, the Auburn School hosted our annual archery tournament again.

7. Visitors and buses from other school districts parked on Ms. Browning's property during the tournament.

8. Ms. Browning did not contact me or any other school representative during, or after, the tournament complaining of others parking on her property.

9. I did not become aware that Ms. Browning was upset until Monday morning, January 31, 2022, when Julie Belcher, who works in the bus garage, told me about a Facebook post Ms. Browning made over the weekend complaining of the cars and buses on her property.

10. The following year, in 2023, I asked Ms. Browning for permission to park on her property for the annual archery tournament and was denied.

11. I sent a message to all coaches associated with schools registered for the tournament informing them not to park on Ms. Browning's property and asked that they communicate the message to all parents planning to attend. To the best of my knowledge, no one parked on Ms. Browning's property during the 2023 archery tournament.

12. In 2024, I did not ask Ms. Browning for permission for cars and buses to park on her property. I messaged all coaches associated with schools registered for the tournament informing them not to park on Ms. Browning's property. To the best of my knowledge, no one parked on Ms. Browning's property during the 2024 archery tournament.

13. As the Front Office Manager, I only recall receiving one call from Ms. Browning complaining about people parking on her property. This call was on November 16, 2023, which is when the school held its Thanksgiving luncheon.

14. On this call, Ms. Browning told me that she had never been so upset in her life, and I apologized for an inconvenience. Immediately, without allowing the school any opportunity to move the cars parked on her property or rectify the situation, Ms. Browning stated that she had a butcher knife and was about to start slashing tires. I reported this threat to our School Resource Officer.

15. The phone call on November 16, 2023 is the only call I have received from Ms. Browning complaining about others parking on her property. I have not received a call from Ms. Browning at any other time.

16. This Declaration is based on my experience and personal knowledge.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed pursuant to 28 U.S.C. §1746.

Executed on this 30 day of January, 2025.

*Teresa Thompson*
Teresa Thompson