UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE NO. 1:24-CV-134-GNS

SUE CAROL BROWNING     PLAINTIFF

v.

DAN COSTELLOW, Individually and in
His Official Capacity as Superintendent of the
Logan County Board of Education, et al.     DEFENDANTS

## DECLARATION OF HOPE STRODE

I, Hope Strode, make the following declaration based on experience, personal knowledge, information, and belief.

1. I am over 18 years of age and under no legal disability.

2. I am the Family Resource and Youth Service Center Coordinator for the Auburn School. I have served in this position for ten (10) years.

3. I have reached out to Sue Carol Browning on multiple difference occasions to inform her about upcoming events at the school. Each time, Ms. Browning was very kind, appreciative of the notice, and raised no concerns regarding visitors of the Auburn School parking on her property.

4. I specifically recall reaching out to Ms. Browning on December 1, 2022 regarding our Family Christmas event. Ms. Browning did not contact me at any time to raise any concerns regarding visitors parking on her property during this event.

1

5. I also recall speaking to Ms. Browning about the Dads and Kids Pizza Night on August 29, 2023. Again, Ms. Browning did not contact me at any time to raise any concerns regarding visitors parking on her property during this event.

6. This Declaration is based on my experience and personal knowledge.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed pursuant to 28 U.S.C. §1746.

Executed on this 27 day of January, 2025.

*Hope Strode*
Hope Strode

2

4924-1818-5488, v. 1