**Sue Carol Browning**
Jan 30, 2022 · 🌐



**Sue Carol Browning**

Julie, absolutely! The school is a wonderful neighbor and I have had zero unresolved issues. I really don't know how you all do it. I lasted very little over a year and I think substituting was the hardest job I have ever had! I truly admire those who handle dozens of students these days!

2y    Like