**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**
**CIVIL ACTION NO. 1:24-CV-134-GNS**
*Filed Electronically*

**SUE CAROL BROWNING**                                         **PLAINTIFF**

**v.**

**DAN COSTELLOW, Individually and in**
**His Official Capacity as Superintendent of the**
**Logan County Board of Education, et al.**             **DEFENDANTS**

### ORDER

This matter is before the Court on Defendant Dan Costellow's Motion for Summary Judgment on all claims asserted against him by Plaintiff, Sue Carol Browning. Having reviewed the Motion, and with the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** that Defendant Dan Costellow's Motion for Summary Judgment is **GRANTED** and Plaintiff's Complaint and all claims asserted against Defendant Costellow is hereby **DISMISSED WITH PREJUDICE**.