UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:24-CV-134-GNS
*Filed Electronically*

**SUE CAROL BROWNING**                                                                                          **PLAINTIFF**

**v.**

**TIMOTHY RAINWATERS, Individually and in**
**His Official Capacity as Logan County Property**
**Valuation Administrator, et al.**                                                                     **DEFENDANTS**

---

### ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE SURREPLY

The Court having reviewed the record and being otherwise sufficiently advised, it is **HEREBY ORERED AND ADJUDGED** that Plaintiff's Motion for Leave to File Surreply is **DENIED.** Defendant Timothy Rainwaters' Motion to Dismiss has been fully briefed and is under submission.