**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**
**CIVIL ACTION NO. 1:24-CV-134-GNS**
Filed Electronically

**SUE CAROL BROWNING**                                                                                   **PLAINTIFF**

v.

**DAN COSTELLOW,**
**Individually and in his Official Capacity**
**As Superintendent Of The Logan County Board of Education, et al.**          **DEFENDANTS**

---

**MOTION TO AMEND COMPLAINT, SUBSTITUTING LEON SMITH FOR DAN COSTELLOW AS A PARTY DEFENDANT**

---

Pursuant to Federal Rule of Civil Procedure 15, Plaintiff, Sue Carol Browning, by counsel, respectfully requests this honorable Court for leave to amend the Complaint to add Leon Smith, Interim Superintendent of the Logan County Board of Education from September, 2023, until the Logan County Board of Education hired Dan Costellow in December, 2023, as a party defendant in the place of Dan Costellow. As grounds for this Motion, Plaintiff, Sue Carol Browning, by counsel, states that:

1. Plaintiff named the current Superintendent of the Logan County Board of Education, Dan Costellow, who was hired approximately one month after the events occurring on November 16, 2023, the date of the claims raised in the Complaint, as a party defendant in the Complaint;

2. Plaintiff should have named the Interim Superintendent of the Logan County Board of Education, Leon Smith, who served until the Logan County Board of Education hired the current Superintendent, Dan Costello, in December, 2023; and

1

3. Plaintiff requests only to replace a party against whom a claim is asserted (current Logan County Superintendent Dan Costellow) and instead assert a claim "that arose out of the conduct … or occurrence set out – or attempted to be set out – in the original pleading" against the Interim Logan County Superintendent, Leon Smith, who is the proper party, as he was the Logan County Superintendent on the relevant date of November 16, 2023. Id.

    **WHEREFORE**, Plaintiff, Sue Carol Browning, by counsel, respectfully requests this honorable Court to enter the Order granting the requested relief and being tendered simultaneously herewith.

                                                    Respectfully Submitted,

                                                    Stella B. House, J.D.
                                                   Stella B. House, Attorney at Law, P.S.C.
                                                   By: /s/ Stella B. House, J.D.
                                                   Stella B. House, J.D.
                                                   Post Office Box 422
                                                   Manchester, Kentucky 40962-0422
                                                   (606) 598-1485
                                                   COUNSEL FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 17th day of February, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Aaron D. Smith, J.D.
Michael A. Owsley, J.D.
Kate E. Payton, J.D.
English, Lucas, Priest & Owsley, LLP
1101 College Street; P.O. Box 770
Bowling Green, KY 42104-0770
Counsel for Defendants