UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:24-CV-134-GNS
Filed Electronically

**SUE CAROL BROWNING**                                                                 **PLAINTIFF**

v.

**DAN COSTELLOW,**
**Individually and in his Official Capacity**
**As Superintendent of The Logan County Board of Education, et al.**        **DEFENDANTS**

### ORDER GRANTING MOTION TO AMEND COMPLAINT

The Court having reviewed the record and being otherwise sufficiently advised, pursuant to Federal Rule of Civil Procedure 15, Plaintiff, Sue Carol Browning, be and is **GRANTED** leave to amend the Complaint to add Leon Smith, Interim Superintendent of the Logan County Board of Education from September, 2023, until the Logan County Board of Education hired Dan Costellow in December, 2023, as a party defendant in the place of Dan Costellow.

Dated this the \_\_\_\_ day of February 2025.

_____
UNITED STATES DISTRICT JUDGE

**DISTRUBUTION:**

Stella B. House, J.D.
Post Office Box 422
Manchester, Kentucky 40962

Aaron D. Smith, J.D.
Michael A. Owsley, J.D.
Kate E. Payton
Post Office Box 770
Bowling Green, Kentucky 42104-0770